UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: COURT OPERATIONS BEFORE JUDGE MICHAEL S. NACHMANOFF DURING THE COVID-19 CRISIS | Case Number 1:20-mc-12 |

ORDER

For the same reasons articulated in the Order of the Honorable Leonie M. Brinkema, No. 1:20-mc-9 (April 1, 2020), it is hereby

ORDERED that a U.S. deputy marshal not be present in the courtroom during VTC proceedings. This Order only applies to proceedings before the undersigned judge, who will notify the U.S. Marshal in advance if he believes a deputy marshal will be needed for a particular VTC proceeding.

The Clerk is directed to forward a copy of this Order to Nick E. Proffitt, United States Marshal for the Eastern District of Virginia.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

April 10, 2020
Alexandria, Virginia